The same result follows in Matter of the Application of Albert B. Miles for a writ of mandamus, where a precisely similar state of facts exists.

Proceeding dismissed, with costs.

---

(59 Misc. Rep. 367.)

### In re CLEMENT, State Excise Com'r.

(Supreme Court, Special Term, Monroe County. May, 1908.)

INTOXICATING LIQUORS — REVOCATION OF LIQUOR TAX CERTIFICATE—PROCEEDINGS—TIME FOR.

    A preliminary objection to a proceeding under the liquor tax law by the state commissioner of excise to revoke a liquor tax certificate that it cannot be maintained because begun more than 30 days after the holder had surrendered such certificate for cancellation will not be sustained.

Proceeding under the liquor tax law by Maynard N. Clement, as state commissioner of excise, to revoke and cancel liquor tax certificate No. 23,661, issued to James Vessa. Preliminary objection overruled, and trial on issues ordered.

Robert F. Thompson, for petitioner.
Clarence Ten Eyck, for respondent.

FOOTE, J. The preliminary objection by the defendant that this proceeding cannot be maintained because begun more than 30 days after the surrender by the defendant of his liquor tax certificate for cancellation is overruled; and the trial of the issues raised by the defendant's answer is ordered to be had at a Special Term appointed to be held at the courthouse in the city of Rochester, N. Y., on Saturday, February 1, 1908, at 11 o'clock in the forenoon.

Ordered accordingly.